# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATEO JIMENEZ, JR.**                                                                              **PLAINTIFF**

**V.**                        **NO. 4:24-cv-01126-LPR-ERE**

**LAFAYETTE WOODS, JR.,** *et al.*                                  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

*Pro se* plaintiff Mateo Jimenez, Jr., formerly an inmate in the W.C. "Dub" Brassell Adult Detention Center ("Detention Center"), filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Jimenez is currently proceeding on medical deliberate indifference claims against Defendants Sheriff Lafayette Woods, Jr., Chief Jail

Administrator Jimmy Hudson, Dr. Johnson, LPN Erika Green,[1] and Lieutenant Joyce Marshall. *Doc. 9*.

On May 1, 2025, Mr. Jimenez filed a notice of change of address indicating that he had been released from custody and was currently residing at a private address. *Doc. 22*. In light of his release, it was unclear whether Mr. Jimenez was still entitled to proceed IFP.[2]

On May 5, the Court directed the Clerk of Court to send Mr. Jimenez a free-world IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $402.00 filing fee.[3] *Doc. 23*. The Court's Order specifically warned Mr. Jimenez that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Jimenez has not submitted a free-world IFP application, and the time to do so has passed.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

---

[1] **The Clerk is instructed to update the docket sheet to reflect Defendant Green's full name – Erika Green.** *Doc. 13*.

[2] According to Court records, Mr. Jimenez has not made any payments toward the filing fee the Court assessed in December 2024. *Doc. 3*.

[3] Because Mr. Jimenez has been released, he no longer qualifies for the reduced fee of $350.00

1. Mr. Jimenez's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's May 5, 2025 Order; (2) submit a completed free-world IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 9 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE