# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MATEO JIMENEZ, JR.**                                                                               **PLAINTIFF**

**v.**                          **Case No: 4:24-cv-01126-LPR**

**LAFAYETTE WOODS, JR., et al.**                                            **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 24th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE